# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWRONE BROWN, | CV F- 06-1649 AWI DLB P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO COMPLAINT |
| v. | |
| J. YATES, et. al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint which was removed from the Fresno County Superior Court. The complaint has been screened by the court pursuant to 28 U.S.C. § 1915A. The complaint appears to a cognizable claims for relief for deliberate indifference to serious medical needs in violation of the Eighth Amendment and supplemental state laws claims against defendants Yates and Igbinosa. Accordingly, defendants Yates and Igbinosa are HEREBY ORDERED to file their response to the complaint within 30 days of this Order.

IT IS SO ORDERED.

Dated: **November 5, 2007**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE