IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWRONE BROWN, | 1:06-cv-01649-AWI-DLB (PC) |
| Plaintiff, | |
| vs. | ORDER VACATING PRIOR ORDERS REGARDING SERVICE OF COMPLAINT |
| J. YATES, et al., | |
| Defendants. | (DOCUMENTS #5 and #7) |

This action was removed from Fresno County Superior Court to this court by counsel for defendants, following service of the complaint upon said defendants. On October 1, 2007, this court issued an order directing the plaintiff to submit service documents, and on October 26, 2007, an order was issued directing the U.S. Marshal to serve defendants with the complaint in this action. Those two orders were issued in error, therefore,

IT IS HERE BY ORDERED that the two orders referenced above are hereby VACATED.

IT IS SO ORDERED.

Dated:   **November 5, 2007**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE