1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DYWRONE BROWN,                          CASE NO. 1:06-cv-01649-AWI-DLB PC

10              Plaintiff,                  ORDER DENYING PLAINTIFF'S MOTION
                                           FOR STAY OF PROCEEDINGS
11      v.
                                           (Doc. 15)
12   JAMES A. YATES, et al.,
                                           ORDER GRANTING PLAINTIFF THIRTY (30)
13              Defendants.                DAY EXTENSION OF TIME TO FILE
                                           OBJECTIONS TO FINDINGS AND
14                                         RECOMMENDATIONS

15   _____/

16          On April 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein

17   recommending that defendants' motion to dismiss be granted and that plaintiff's claims be dismissed

18   without prejudice.  (Doc. 14).  The Findings and Recommendations were served on plaintiff and

19   contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed

20   within thirty days.

21          On May 12, 2008, plaintiff filed a motion entitled "Motion for Abeyance of Time in

22   Judgment of Motion to Dismiss".  (Doc. 15).   In his motion, plaintiff states that he is in the process

23   of acquiring legal help and requests a stay of proceedings.

24          A stay of proceedings is not warranted and accordingly, plaintiff's request is DENIED.

25   However, good cause having been presented to the court and GOOD CAUSE APPEARING

26   THEREFOR, plaintiff is granted thirty (30) days from the date of service of this order in which to

27   file objections to the Magistrate Judge's Findings and Recommendations.

28

1    IT IS SO ORDERED.

2       **Dated:**   __**May 22, 2008**__        _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28