# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWRONE BROWN, | CASE NO. 1:06-cv-01649-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| J. YATES, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff Dywrone Brown, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 23, 2008, the court granted plaintiff a thirty day extension of time to file objections. (Doc. 16). The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 4, 2008, are adopted in full;
2. Defendants' motion to dismiss for failure to exhaust, filed November 28, 2007 is GRANTED;
3. Plaintiff's Section 1983 claims are DISMISSED in its entirety, without prejudice, for failure to exhaust; and
4. Plaintiff's state law claims for negligence are DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   July 25, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE